# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN McWILLIAMS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 18-5180 |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, on June 25, 2019, upon consideration of Plaintiff Dawn McWilliams's Brief in Support of her Request for Review (doc. 12) and the Commissioner's Response (doc. 13), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for assignment to a new ALJ for a de novo hearing; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE